TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00230-CV






Dalisa, Inc. and Enchanted Rock Pictures, L.P., Appellant


v.


Lawren E. Bradford, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. GN002569, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N


 Appellants have filed a motion for extension of time, requesting 120 days and stating
that they are in settlement negotiations with appellee and a third-party. We will dismiss appellants'
motion and, on our own motion, abate the appeal for 120 days, until November 7, 2003. The parties
are ordered to file a status report no later than October 31, 2003.



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: July 11, 2003